# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21CR0655-TWR |
|---|---|
| Plaintiff, | **ORDER TO CONTINUE THE MOTION HEARING AND TRIAL SETTING; ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| JESSICA DEE CAPLES, | |
| Defendant. | |

Upon joint motion of the Parties and good cause appearing,

IT IS HEREBY ORDERED that: (1) the Motion Hearing and Trial Setting is continued to August 20, 2021; and (2) time is excluded under the Speedy Trial Act until August 20, 2021.

The defendant shall sign and file an acknowledgment of the next court date within 48 hours of this Order.

IT IS SO ORDERED.

DATED: May 24, 2021.

_____
HONORABLE TODD W. ROBINSON
United States District Judge